

## Active Members Age 65 or Older

The National Elevator Industry Health Benefit Plan is the primary plan for you and your family including a family member who qualifies for Medicare because of age or total disability. If you are an active member age 65 or older and your dependents are not eligible for Medicare, you will receive the same medical benefits as active members under age 65 and their dependents. You should enroll for Medicare as soon as you are eligible if you want Medicare to be the secondary payer. Failure to enroll in Medicare as soon as you are eligible may result in a delay in Medicare coverage at a later date.

## OTHER PARTY LIABILITY CLAIMS

### The Plan's Right of Recovery

The Plan has the right to recover benefits advanced by the Plan to a covered person for expenses or losses caused by another party. If a covered person is injured or becomes ill under circumstances where another party is directly or indirectly liable for the illness or injury, the Plan is only obligated to provide covered benefits resulting from that illness or injury that exceed any amounts recovered from another party (whether or not the amount recovered is designated to cover medical expenses).

Amounts that have been recovered by a covered person from another party are assets of the Plan by virtue of the Plan's subrogation interest and are not distributable to any person or entity without the Plan's written release of its subrogation interest. However, amounts recovered by such covered person from another party in excess of benefits paid by the Plan are the separate property of such covered person. Unless otherwise noted in this SPD, amounts received from an individual health insurance policy for which the injured covered person or other family member has paid premiums are also the separate property of the covered person.

Amounts received from a personal homeowners insurance policy, an automobile insurance policy or a group insurance arrangement of any kind, regardless of whether the injured covered person or other family member has paid premiums, are considered a payment from another party and are subject to the Plan's right of recovery hereunder.

The Plan's right of recovery also applies if benefits are advanced by the Plan to an individual acting on behalf of an injured covered person or to the covered person's assignee.

### The Plan's Right of Reimbursement

The Plan has a right to first reimbursement out of any recovery. Acceptance of benefits from the Plan for an injury or illness by a covered person, without any further action by the Plan and/or the covered person, constitutes an agreement that any amounts recovered from another party by award, judgment, settlement or otherwise, and regardless of how the proceeds are characterized, will promptly be applied first to reimburse the Plan in full for benefits advanced by the Plan due to the injury or illness and without reduction for attorneys' fees, costs, expenses or damages claimed by the covered person, and regardless of whether the covered person is made whole or recovers only part of his/her damages.

Acceptance of benefits from the Plan for an illness or injury by a covered person constitutes the covered person's agreement to file a claim for benefits against any party who is liable for the injury or illness to the covered person and to file claims under any and all applicable policies of insurance or self-insurance, including but not limited to homeowners insurance, auto insurance, or any liability policy held for a public or commercial entity. The covered person must promptly file a claim for damages against any party liable and any such applicable policy and notify the Plan of his/her claim against such parties or policies or other recovery efforts. The covered person agrees that neither he/she nor anyone acting on his/her behalf will settle any claim relating to the injury or illness without the written consent of the Plan. The Plan reserves the right to make all decisions with respect to its rights of subrogation and recovery.



Acceptance of benefits from the Plan for an illness or injury by a covered person constitutes the covered person's agreement to assist the Plan in prosecuting any rights, interests, claims, or causes of action that have been assigned to the Plan against another party, including, if requested by the Plan, the institution of a legal proceeding against another party or any insurer or recipient of Plan assets improperly distributed without the written consent of the Plan.

Acceptance of benefits from the Plan for an illness or injury by a covered person constitutes authorization for the Plan to sue, compromise or settle, in the covered person's name or otherwise, all rights, claims, interests or causes of action to the extent of benefits advanced.

### Acknowledgement Form

Prior to advancement of a benefit by the Plan to a covered person under this section for any expense or loss for which there may be a claim against another party, a covered person must execute a written document acknowledging the Plan's right of recovery as set forth in this section and must provide information including the expense or loss for which another party may be liable and insurance coverage.

### Failure to Execute Acknowledgement Form

Even if no Acknowledgement Form is sent by the Plan or sent but not signed, based solely upon the Plan's advancement of benefits, the Plan has a subrogation and reimbursement interest in the amount recovered, or to be recovered, by the covered person for the entire amount advanced by the Plan for the claim, even if the covered person does not execute the Acknowledgement Form. The covered person must promptly notify the Plan of any recovery from any source.

### Claimant's Failure to Reimburse

Should it be necessary for the Plan to institute legal action against the covered person for failure to return Plan assets, in full, or to honor the Plan's interest in the amount recovered by the covered person from another party, the Plan may bring suit against the covered person and such covered person is liable for all of the Plan's costs of collection, including reasonable attorneys' fees and costs.

### Right to Withhold Future Benefits

The Plan has the right to treat any benefits provided as an advance and to deduct such amounts from future benefits to which the covered person or an immediate covered family member may otherwise be entitled until the amount due the Plan has been satisfied. Such amounts may be deducted from amounts due third party medical providers despite any certification of Plan coverage that may have been provided to these providers.

### Failure to Notify the Plan of Possible Other Party Liability

The Plan has all rights specified in this section in the event that a covered person fails to inform the Plan that another party may be liable for the covered person's illness or injury and the Plan pays any benefits arising from that illness or injury.

### Definition of "Party"

For purposes of this section "party" is defined to include, but is not limited to, any of the following:
- The party or parties that caused the illness, sickness or bodily injury;
- The insurer or other indemnifier of the party or parties who cause the illness, sickness or bodily injury;
- A guarantor of the party or parties who caused the illness, sickness or bodily injury;
- A worker's compensation insurer; and/or
- Any other person, entity, policy or plan that is liable or legally responsible in relation to the illness, sickness or bodily injury.