UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80746-Civ-Brannon

BOARD OF TRUSTEES OF THE
NATIONAL ELEVATOR INDUSTRY
HEALTH BENEFIT PLAN,

    Plaintiff,

v.

ROBERT MONTANILE,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court following the Court's Order on Cross-Motions for Summary Judgment granting summary judgment to Plaintiff on its claim for an equitable lien. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment as follows:

FINAL JUDGMENT is entered in favor of Plaintiff, Board of Trustees of the National Elevator Industry Health Benefit Plan, and against Defendant, Robert Montanile. Plaintiff is entitled to judgment on Count One of its Complaint (DE 1) in the form of an equitable lien, in the amount of $121,044.02, on Defendant's recovery from the third-party driver involved in the underlying car accident on December 1, 2008. Within twenty (20) days of the date of this Final Judgment, Plaintiff shall either file a motion for attorney's fees or notify the Court that it does not intend to do so.[1]

---

[1] Without fully analyzing the issue, the Court strongly suspects that the facts of this case would not support an award of attorney's fees and costs. The Court notes that Defendant did not outright refuse to honor his obligations under the Plan. Instead, during the pre-suit negotiation process and in this suit,

1

The Clerk of Court shall CLOSE this case and DENY AS MOOT any pending motions.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of March, 2014.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

---

Defendant interposed legal arguments concerning Plaintiff's right to reimbursement under ERISA, including one argument regarding dissipation of assets that is not yet settled in the Eleventh Circuit.